## UNITED STATES BANKRUPTCY COURT
### Northern District of Indiana
### South Bend Division

In Re: Debtor(s) (name(s) and address)  
Sherrie A Robinson  
xxx−xx−2822  
16043 Brunswick Drive  
Goshen, IN 46526  

) ) ) ) Case Number: 13−33419−hcd ) ) ) ) ) ) ) Chapter: 7 ) ) ) ) ) ) )

## NOTICE TO ALL CREDITORS

   NOTICE IS HEREBY GIVEN that this case was closed on the 9th day of June, 2014 without the entry of a discharge for Sherrie A Robinson because the debtor(s) failed to file a statement regarding the completion of a course in personal financial management as required by Fed. R. Bankr. P. 1007(b)(7).

   Dated: June 9, 2014 .

Christopher M. DeToro  
_____  
Clerk, United States Bankruptcy Court  
401 South Michigan Street  
South Bend, Indiana 46601

Document No. 30